UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BELTRAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00592-JDP<br><br>ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION<br><br>ECF No. 16 |

The stipulated request for an extension of time, ECF No. 16, is granted. Defendant shall have until April 29, 2020, to respond to the opening brief. Further extensions will not be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated: ___March 28, 2020___　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.

1