# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BELTRAN,<br><br>         Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No. 1:19-cv-00592-JDP<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>ECF No. 23 |

Pursuant to the stipulation of the parties, ECF No. 23, it is hereby ordered that attorney fees, in the amount of six thousand one hundred forty-eight dollars and forty-four cents ($6,148.44), are awarded to plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   September 2, 2020                            _____
                                                     UNITED STATES MAGISTRATE JUDGE


No. 205.